IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>    *Plaintiff,*<br>vs.<br>MICHAEL J. McNAUL, II, *et al.*,<br>    *Defendants,*<br>CONSOLIDATED MANAGEMENT GROUP, LLC, *et al,*<br>    *Relief Defendants.* | Civil Action No.<br>08-1159 JTM<br>Electronically Filed |

## ORDER REAPPOINTING RECEIVER

This matter comes on for hearing upon the Motion For Order Reappointing Receiver. The Receiver appears by and through his counsel of record, Jeffrey W. Rockett Redmond & Nazar, L.L.P. There are no other appearances.

WHEREUPON, the Court finds it appropriate and in the best interest of justice and the Receivership Estate to reappoint the Receiver with all duties powers and authority as established in the initial Order Appointing the Receiver (Docket No. 15 & 16) and as set forth in the subsequent orders regarding Receiver's appointment (Docket No. 36, 50 & 66) and furthermore allowing the Receiver to obtain personal jurisdiction in those federal districts deemed appropriate in seeking recovery of assets for the Receivership Estate through application of 28 U.S.C.§754.

IT IS SO ORDERED this 10th day of June, 2010.

             s/ J. Thomas Marten
             J. Thomas Marten
             UNITED STATES DISTRICT JUDGE

In the United States District Court For the District of Kansas
Securities & Exchange Commission vs. Michael J. McNaul, II, et al.
Civil Action No. 08-1159-JTM
ORDER REAPPOINTING RECEIVER
Page 2

APPROVED BY:

REDMOND & NAZAR, L.L.P.

/s/Jeffrey W. Rockett
Jeffrey W. Rockett, #14123
Attorney for Receiver
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax
jrockett@redmondnazar.com

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Kansas.
Clerk, U.S. District Court
By: _____ Deputy Clerk
Date filed: 6/10/10